| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney<br>2<br>BRIAN J. STRETCH (CSBN 163973)<br>3  Chief, Criminal Division<br>4  DAVID B. COUNTRYMAN (CSBN 226995)<br>Assistant United States Attorney<br>5<br>450 Golden Gate Avenue, 9th floor<br>6  San Francisco, CA 94102<br>Telephone: 415.436.7303<br>7  Facsimile:  415.436.6748<br>Email: david.countyman@usdoj.gov<br>8<br>Attorneys for United States of America | **ORIGINAL<br>FILED**<br><br>MAY 2 2 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

9

10                                    UNITED STATES DISTRICT COURT

11                                  NORTHERN DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| 13  UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08- |
| 14                    Plaintiff, | ) | |
| | ) | NOTICE OF FORFEITURE ACTION |
| 15            v. | ) | |
| | ) | |
| 16  APPROXIMATELY $133,900 IN UNITED | ) | |
|     STATES CURRENCY; | ) | |
| 17  APPROXIMATELY $45,588.69 IN | ) | |
|     UNITED STATES CURRENCY; AND | ) | |
| 18  ONE 2007 HARLEY DAVIDSON | ) | |
|     MOTORCYCLE, VIN | ) | |
| 19  1HD1FC4377Y699243, | ) | |
| | ) | |
| 20                    Defendants. | ) | |

21

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. §
22
981(a)(1)(A) and 31 U.S.C. § 5317(c)(2)  was filed on May 22, 2008, in the United States
23
District Court for the Northern District of California by the United States of America, plaintiff,
24
against the *in rem* defendant currency and 2007 Harley Davidson Motorcycle.
25
In order to contest forfeiture of the *in rem* defendant currency and motorcycle any person
26
who asserts an interest in or right against the property, must file a verified statement identifying
27
the interest or right within 35 days after the date of service of the complaint in accordance with
28
Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or

within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1] Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on David B. Countryman, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 22, 2008

DAVID B. COUNTRYMAN
Assistant United States Attorney

---

[1] Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

Notice of Forfeiture Action
C 08-                                              2