1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th floor
6      San Francisco, CA 94102
       Telephone: 415.436.7303
7      Facsimile:   415.436.6748
       Email: david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )
14                                      )      No. CV 08-2606 MHP
                       Plaintiff,       )
15                                      )
                  v.                    )      CERTIFICATE OF SERVICE
16                                      )
                                        )
17 APPROXIMATELY $133,900 IN UNITED     )
   STATES CURRENCY;                     )
18 APPROXIMATELY $45,588.69 IN          )
   UNITED STATES CURRENCY; AND          )
19 ONE 2007 HARLEY DAVIDSON             )
   MOTORCYCLE, VIN                      )
20 1HD1FC4377Y699243,                   )
                                        )
21                     Defendants.      )
                                        )

22
          The undersigned hereby certifies that she is an employee in the Office of the United
23
   States Attorney for the Northern District of California and is a person of such age and discretion
24
   to be competent to serve papers.  The undersigned further certifies that she caused a copy of
25
          1.     Government Complaint for Forfeiture;
26
          2.     Notice of Forfeiture Action;
27
          3.     Warrant of Arrest of Property *In Rem;*
28
          4.     Order Setting Conference;

5. ADR Dispute Resolution Procedures in the Northern District of California;

6. ECF Registration Information Handout; and

7. Notice of Availability of Magistrate Judge to Exercise Jurisdiction

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Ann C. Moorman, Esq
Law Offices of Ann C. Moorman
308 S. School Street
Ukiah, CA 94582
Attorney for Charles McFarland

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  27th  day of May , 2008, at San Francisco, California.

                        /S/
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

Certificate of Service
C 08-2606 MHP                    2