1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th floor
6      San Francisco, CA 94102
       Telephone: 415.436.7303
7      Facsimile:  415.436.6748
       Email: david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

E-filing

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12
   UNITED STATES OF AMERICA,          )
13                                    )        No. 08-
              Plaintiff,              )
14                                    )
         v.                           )   WARRANT OF ARREST OF   MHP
15                                    )   PROPERTY *IN REM*
                                      )
16 APPROXIMATELY $133,900 IN UNITED   )
   STATES CURRENCY;                   )
17 APPROXIMATELY $45,588.69 IN        )
   UNITED STATES CURRENCY; AND        )
18 ONE 2007 HARLEY DAVIDSON           )
   MOTORCYCLE, VIN                    )
19 1HD1FC4377Y699243,                 )
                                      )
20            Defendants.             )
                                      )
21
        TO:   ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
22            DRUG ENFORCEMENT ADMINISTRATION:

23
        YOU ARE HEREBY COMMANDED to arrest and seize the defendant 2007 Harley
24
   Davidson Motorcycle (VIN 1HD1FC4377Y699243) and maintain custody of same pursuant to
25
   19 U.S.C. § 1605 until further Order of the Court.
26
        Claimants of the above-described motorcycle which is the subject of this action shall file
27
   their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave.,
28
   16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States

1. Attorney, Attention: David B. Countryman, Assistant United States Attorney, U.S. Attorney's
2. Office, 450 Golden Gate Ave., 9th floor, San Francisco, California 94102, within 35 days after
3. the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for
4. Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final
5. publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint
6. shall be filed and served within twenty (20) days thereafter or within such additional time as may
7. be allowed by the Court.

Dated: May 22, 2008

RICHARD W. WEIKING
United States District Clerk

By: MARY ANN BUCKLEY  _____