ANN C. MOORMAN, ESQ. (CSBN 130144)  
LAW OFFICES OF ANN C. MOORMAN  
308 S. School Street  
Ukiah, California 95482  
Telephone: 707-462-1844  
Facsimile:  707-468-0522  

Attorney for Claimant  
CHARLES McFARLAND  

UNITED STATES DISTRICT COURT  

NORTHERN DISTRICT OF CALIFORNIA  

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>APPROXIMATELY $133,900 IN UNITED STATES CURRENCY AND APPROXIMATELY $45,588.69 IN UNITED STATES CURRENCY, AND ONE 2007 HARLEY DAVIDSON MOTORCYCLE - VIN 1HD1FC4377Y699243,<br><br>　　　　　Defendants. | No. CV 08-2606 MHP<br><br>VERIFIED CLAIM OF INTEREST IN DEFENDANT PROPERTY |

Charles McFarland hereby sets forth his claim to the Defendant currency, specifically $133,900.00 in United States Currency and $45,588.69 in United States Currency and Defendant property vehicle, specifically one 2007 Harley Davidson motorcycle, VIN 1HD1FC4377Y699243. Claimant Charles McFarland was in lawful possession of such currency and vehicle at the time of its seizure and he has a legal ownership interest in the Defendant currency and Defendant vehicle. This verified claim is filed pursuant to rule C(6) of the Federal Rules of Admiralty.

Dated: June 9, 2008

Respectfully submitted,

LAW OFFICES OF ANN C. MOORMAN

By_____/s/_____  
　　ANN C. MOORMAN

## VERIFICATION

I, CHARLES McFARLAND, declare as follows:

I have read the foregoing Claim of Interest and know the contents thereof. The contents of said Claim are true of my own knowledge, except as to those matters which are stated therein upon my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct, and that this Verification was executed on this 9th of June, 2008 at Ukiah, California.

*[signature]*
CHARLES McFARLAND