1  ANN C. MOORMAN (CSB 130144)
   LAW OFFICES OF ANN C. MOORMAN
2  308 S. School Street
   Ukiah, California 94582
3  Telephone: 707-462-1844
   Facsimile:  707-468-0522
4

5  Attorney for Claimant
   CHARLES McFARLAND
6

7

8

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,           )   Case No. CV 08-2606 MHP
                                        )
14                  Plaintiff,          )
                                        )   STIPULATION TO EXTEND TIME
15          v.                          )   FOR FILING ANSWER TO
                                        )   COMPLAINT FOR FORFEITURE
16  APPROXIMATELY $133,900.00 IN        )
    UNITED STATES CURRENCY, AND         )
17  APPROXIMATELY $45,588.69 IN         )
    UNITED STATES CURRENCY AND,         )
18  ONE 2007 HARLEY DAVIDSON            )
    MOTORCYCLE -                        )
19  (VIN 1HD1FC4377Y699243),            )
                                        )
20                  Defendants.         )
    _____)
21                                      )
    CHARLES McFARLAND,                  )
22                                      )
                    Claimant.           )
23  _____)

24      IT IS HEREBY STIPULATED between the plaintiff through its counsel, Assistant United

25  States Attorney David Countryman and claimant, Charles McFarland, through his counsel, Ann C.

26  Moorman, that pursuant to Rule 6-1(a) of the Local Rules of Court, the time within which an answer

27  ///

28  ///
    Stipulation to Extend Time

1 to the complaint in the above-referenced matter must be filed by claimant McFarland shall be

2 extended to September 9, 2008.

3
IT IS SO STIPULATED:
4

5 Dated: August 18, 2008                             /s/ Ann C. Moorman
                                                    ANN C. MOORMAN
6                                                   Attorney for Claimant Charles McFarland

7

8
Dated: August 18, 2008                              /s/ David Countryman
9                                                   DAVID COUNTRYMAN
                                                    Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF PERSONAL SERVICE

PEOPLE v. APPROX. $133,900.00 U.S. CURRENCY, *et al.*
Case No. CV 08-2606 MHP
Claimant: Charles McFarland

I declare that I am over eighteen years of age, a citizen of the United States, and not a party to the within action. I am employed in the County of Mendocino, State of California, by the Law Offices of Ann C. Moorman, 308 South School Street, Ukiah, California 95482.

On this date I served a copy of the foregoing STIPULATION TO EXTEND TIME FOR FILING ANSWER TO COMPLAINT FOR FORFEITURE on each party in this action by causing said copies thereof to be placed in a sealed envelope with first class postage, fully prepaid, in the United States mail at Ukiah, California to the address as set forth below:

DAVID B. COUNTRYMAN, ESQ.
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Fl.
San Francisco, California 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th of August, 2008 at Ukiah, California.

/s/ Shelly Smith

PROOF OF SERVICE